# United States District Court
For The
Southern District of Indiana
Indianapolis Division

FILED
03/06/2026
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

Richard R. Beck
Plaintiff

Case No. 1:26-cv-458-TWP-KMB

-V-

City of Indianapolis
Hayden Harper
Joshua Mellen
Cameron Hester
Defendants

## Complaint For Violation Of Civil Rights
(Prisoner Complaint)

# I. The Parties to this Complaint

## A. The Plaintiff

| | |
|---|---|
| Name | Richard R. Beck |
| ID Number | 537490 |
| Current Institution | Marion County Jail |
| Address | 675 Justice Way |
| | Indianapolis (City) Indiana (State) 46203 (Zip Code) |

## B. The Defendants

Defendant No. 1

| | |
|---|---|
| Name + Shield Number | Hayden Harper #44199 |
| Job or title | Police Officer |
| Employer | Indianapolis Metropolitan Police Department |
| Address | 551 King Ave |
| | Indianapolis (City) Indiana (State) 46222 (Zip Code) |

☑ Individual Capacity ☑ Official Capacity

Defendant No. 2

| | |
|---|---|
| Name + Shield Number | Joshua Mellen #44206 |
| Job or title | Police Officer |
| Employer | Indianapolis Metropolitan Police Department |
| Address | 551 King Ave |
| | Indianapolis (City) Indiana (State) 46222 (Zip Code) |

☑ Individual Capacity ☑ Official Capacity

Defendant NO. 3

Name: Cameron Hester

Job or Title: Indianapolis Metropolitan Police Officer

Shield Number: 42750

Employer: 551 King Ave

Address: Indianapolis (City) Indiana (State) 46222 (Zip Code)

☑ Individual Capacity ☑ Official Capacity

Defendant NO. 4

Name: City of Indianapolis

Job or title:

Shield Number:

Employer:

Address: 200 E. Washington Street

Indianapolis (City) Indiana (State) 46222 (Zip Code)

☑ Individual Capacity ☑ Official Capacity

II. Basis for Jurisdiction

A. Are you Bringing Suit Against

☑ State or local Officials (A 1983 Claim)

B. If you are suing under section 1983, what Federal Constitutional or Statutory Rights do you claim is/are Being Violated By State or local Officials?

- Fourth Amendment "Excessive Force"; Fourth Amendment "Unlawful Search or Seizure"

C. Section 1983 Allows defendants to Be Found liable only when They have Acted "under color of Any Statute, ordinance, regulation, custom, or usage, of Any State or Territory or the District of Columbia". 42 U.S.C. 1983. IF You Are suing under section 1983, Explain how Each Defendant Acted under color of State or local law. IF you Are suing under Bivens, Explain how Each Defendant acted under color of Federal Law

1) Cameron Hester, IMPD OFFicer was acting under state Law IN his OFFical duties AND used excessive Force. During Arrest he was exercising Authority Granted To him As A Police OFFicer when he committed the Acts described. Cameron Hester was at All Resilent sworn police OFFicer Employed By Indianapolis Metropolitan Police Department, he was Acting under color OF STATE Law AND within the scope OF his OFFicial Duty while executing A Arrest warrant on PlaintiFF. During The Arrest Defendant used Excessive Force By Kneeing PlaintiFF IN his Ribs And Smashing PlaintiFFs Face Into cement. These Actions were Taking while defendant was Exercising Authority granted To him By STATE LAW AS A Police OFFicer. DeFendants Actions were made solie Because of his postion AND Power OF A LAW ENForcement OFFicer.

2). Hayden Harper, IMPD OFFice was Acting under state Law IN his OFFical duties AND used Excessive Force. During Arrest he was exercising Authority Granted To him As A Police OFFicer when he Committed the Acts described. Hayden Harper was AT All Resilent sworn police OFFicer EmployED By Indianapolis Metropolitan Police Department, he was Acting under color of STATE law AND within The Scope OF his OFFicial Duty while Executing A Arrest warrant on PlaintiFF. During The Arrest while plaintiFF was ON The ground Defendant use Excessive Force By Dropping Knees on PlaintiFFs Body AND twisting PlaintiFFs Arms IN attempt To Break PlaintiFFs arm. These Actions were Taking while defendant was Exercising Authority granted To him By STATE Law As A Police OFFicer. AFTer placing PlaintiFF Under Arrest Defendant Futher used his OFFicial Authority To Search PlaintiFFs vehicle That was AT A whole diFFerent location without A warrant or legal Justification Even Though PlaintiFF was NOT IN vehicle AT The Time. DeFendants Actions were made Solie Because of his postion AND Power OF A law ENForcement OFFicer

3) Joshua Mellen, IMPD Officer was Acting under State law In his official duties AND used Excessive Force. During Arrest he was exercising Authority Granted To him As a Police Officer when he Committed the Acts described, Joshua Mellen was at All Resilent sworn Police Officer Employed By Indianapolis Metropolitan Police Department, he was Acting Under color of State law AND within the Scope of his Official Duty while Excuting A Arrest warrant on Plaintiff. During The Arrest Defendant used excessive Force By hitting Plaintiff while on the ground. These actions were Taking while defendant was Exercising Authority granted To him By state Law As a Police Officer. Defendants Actions were made Solie Because of his postion AND Power of a Law Enforcement Officer.

4) City of Indianapolis Is A Municipal Corporation within the State of Indiana, and, At all relevant Times It employed defendants Cameron Hester, Hayden Harper, AND Joshua Mellen. At All Times relevant hereto AND all actions described herein Defendants were acting under color of Law pursuant to their Authority as Police Personel. On Information AND Belief, Defendants, and City of Indianapolis Authorized, tolerated as institutionalized practices, AND Ratified the Misconduct herenbefore detailed By

A) Failing To properly discipline, restrict, and control employees, Including Defendants Cameron Hester, Hayden Harper, AND Joshua Mellen Known to Be irresponsible In Their dealings with Citizens of The Community

B) Failing To Take Adequate precautions In the hiring, promotion, AND Retention of police personnel Including Specifically Defendants Cameron Hester, Hayden Harper, AND Joshua Mellen

C) Failing To Forward To The Office of The District Attorney of Marion County Evidence of Criminal acts Committed By police personnel

D) Failing To establish AND/or Assure The Functioning of a Bona Fide AND Meaningful departmental system For dealing with Complaints of Police misconduct, But Instead responding to such complaints with Bureaucratic power AND Officials denials Calculated To Mislead The Public, This Conduct Also Constitutes gross negligence under State law

E) Failing To Assure proper training and Supervision of personel, or to Implement meaningful procedures To discourage lawless Official Conduct as employer of The Police Personnel which Issued as a person Under 42 U.S.C. 1983

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows

☑ Pretrial detainee

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. If more then one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On May 3, 2025 PlaintiFF Pulls into Extended Stay America located at 5350 ᵂ Southern Ave at 2:16 A.m PlaintiFF went into the hotel on the South side enterence. Approx 30 minutes later PlaintiFF exited out the East End of the Hotel to two officers Cameron Hester and Joshua Mellen having guns pointed at PlaintiFFs Head, screaming and yelling at PlaintiFF, Officer Hester then proceeds and grabs PlaintiFF by the arm while PlaintiFF is trying to find out what he did and what was going on thats when officer Hester kneed PlaintiFF in the ribs and then smashes PlaintiFFs face into the cement, thats when officer Joshua Mellen and Hayden Harper then joined in assulting me officer Mellen dropped his knees into my back while officer Harper was smashing my neck causing me not to be able to breath intentionally causing pain. After the fact PlaintiFF was taken to the Hospital and officer Harper went to a different location, used key he seized and illegally unlocked and opened my car door and confuiscated my car without probable cause or a search warrant.

B. What date AND Approximate time did the events giving Rise to your Claim(s) occur?

May 3, 2025 AT Approximate 2:45 A.m.

C. What ARE The Facts underlying youe claims? (For Example: What happened To you? Who Did what? Was anyone else Involved? Who saw what happened?)

1). OFFicer Hester started yelling AND Screaming Then grabbed my ARM, I was scared I did NOT Know what was going on I was asking OFFicer Hester what did I do Thats when he KNEED me IN my Ribs AND Then smashed my Face INto The Cement Breaking my TeeTh Smashing my head with his Knee

2). OFFicer Mellen Joined IN Assulting me why I was on The ground yelling For help asking why They were hurting me, what did I do when OFFicer Mellen Dropped his Knees Into my Back AND Twisting my ARM IN an attempt To Break IT

3). OFFicer Harper was smashing my neck Causing PlaintiFF NOT To Be able To Breath Along with assulted PlaintiFF with his Knees while on The ground AND Twisting my arms IN AN ATTempt To Break my arm.

4). OFFicer Harper Then weNT to A whole diFFerent location, went Beyond The scope of The arresT warrant without Probable Cause or A warrant AND Illegally used a seized key Fob AND unlocked AND openned PlaintiFFs car door AND Rammaged Through PlaintiFFs car AND Seized The car AND had IT Towed. A Female Named Hayley Riley witnessed what was happening AND The City OF Indianapolis Failed To properly train these OFFicers.

V. InJuries

IF you sustained InJuries Related to the events alleged above, describe your InJuries AND State what Medical Treatment, IF any, you required AND did or did NOT Receive.

1). My Front teeth were Broken From having my Face smashed Into The cement
2). My Nose was Broken
3) My Ribs were Brused
4) I had Two Black EYES AND Continued Head pain
5) Sore Neck, shoulders, AND Arms

I was treated By Medical staFF ON The scene, then I was Taken To The Hospital where I recieved very little treatment AND Then taken to Jail where I was Basically denied any Further Treatment.

## VI. RelieF

State BrieFly what you want The Court To do For you. IF RequesTing money damages, Include The amounts OF Any Actual damages AND/ OR punitive damages claimed For The acts alleged. Explain the Basis For These claims.

1). PlaintiFF seeks Compensatory Damages In the Amount oF Three Hundred Thousand dollars For physical InJury, Pain AND SuFFering, Emotional distress AND all other losses Caused By defendants excessive AND unreasonable Force.
2) Punitive Damages IN The Amount of Two Hundred AND FiFTy Thousand dollars against Each Individual OFFicer For Their Malicious AND Reckless disregard of PlaintiFFs Constitutional Rights
3) Declaratory ReliеF, Defendants Violated PlaintiFFs Rights under The Fourth Amendment to the United STaTes Constitution
4) The PlaintiFF Request Cost oF This Action AND any other RelieF The CourT Deems JusT AND proper

VII. Exhaustion OF Administrative Remedies Administrative Procedures

The prison Litigation Reform act ("PLRA"), 42 U.S.C. 1997e(a), requires That "No action shall Be Brought with respect To prison conditions under section 1983 OF this Title, or any other Federal Law, By A Prisoner Confined In any Jail, prison, OR other Correctional Facility until such administrative remedies as are available are exhausted."

A). Did your claim arise while you were Confined In a Jail, prison, or other Correctional Facility?

☑ NO

B) IF you did NOT File A Grievance

1). IF There are any reasons why you did NOT File A grievance, State Them here:
my claim did NOT arise why I was Confined In A Jail, prison or other correctional Facility, IMPD Issues That arose Before I was arrested AND Being IN Jail There are No procedures To Exhaust claims that took Place In The Free world

VIII. Previous Lawsuits

To the Best of your Knowledge, have you had A Case dismissed Based on the "Three strikes Rule"?

☑ NO

A. Have you Filed other lawsuits IN STATE or Federal Court dealing with The same Facts Involved IN this Action?
☑ NO

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

2-28-2026

Date of signing: 2-28-2026

Signature of Plaintiff: Richard Beck

Printed Name of Plaintiff: Richard Beck

Prison Identification #: 537490

Prison Address: 675 Justice Way (Marion County Jail)

Indianapolis (City) Indiana (State) 46203 (Zip Code)

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City State Zip Code

Telephone Number

E-mail Address

Richard [illegible]
#537490 3E
Marion County Jail
675 Justice Way
Indpls, IN 46203

USA ★ FOREVER

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 46241 $ 000.74⁰
02 7W
0008027211

FILED
MAR 0 6 2026
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

U.S. District Court / Southern Indiana
Indianapolis Division
46 E. Ohio Street
Indianapolis, IN 46204

4620421303 C010